UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 13 |
| | ) | |
| BRITTNEY N. MORRISON SSN: XXX-XX-1541 | ) | CASE NO. 25-81713 |
| | ) | |
| Debtor(s) | ) | |

AFFIDAVIT REQUESTING CONFIRMATION

| | |
|---|---|
| State of Illinois | ) |
| | ) ss |
| County of Rockford | ) |

The Debtor, <u>Brittney N. Morrison</u>, in the above captioned case being duly sworn upon oath, deposes and state as follows: (Check all applicable statements)

1.  The objections, if any, to confirmation have been resolved and I request that the Court confirm the most recently filed Chapter 13 Plan.

2.  ✓  A.  Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101 (14A).

**<u>OR</u>**

   _____  B.  I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statute.

3.  I have filed all Federal and State local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan. The Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

FURTHER AFFIANT SAYETH NOT:

/s/ [signature]
Debtor

Subscribed and sworn to before me this  5  day of  January  20 26 .

/s/ Laura Gupta
Notary Public

My Commission Expires:  Sept 22  20 26 .

"OFFICIAL SEAL"
LAURA GUPTAIL
Notary Public, State of Illinois
My Commission Expires Sept. 22, 2026

I:\Word Forms\Preconf-affidavit by dr.doc